UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARIA ESTRADA,

                    Plaintiff,               **ORDER**

          -against-                    CV 05-1821 (LDW)(ARL)

COUNTY OF NASSAU, et al.,

                    Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       Before the court is the plaintiff's letter application dated November 16, 2010, seeking a conference with the court because it appears that this action may need to be placed back on the court's trial calendar. The defendants have responded by letter dated November 17, 2010. The court has neither read nor considered plaintiff's reply letter dated November 17, 2010, as it was filed in violation of Local Civil Rule 37.3(c).

       Trial in the above referenced case is scheduled for Monday, January 10, 2011 at 9:30 a.m. Jury selection is to take place on that date followed by the commencement of trial. The parties are directed to submit proposed voir dire, requests to charge and any motions in limine on or before December 10, 2010. A status conference will be held on January 7, 2011 at 11:00 a.m.

Dated: Central Islip, New York          **SO ORDERED:**
       November 19, 2010


                               _____/s/_____
                                 ARLENE R. LINDSAY
                                 United States Magistrate Judge